

O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**weSTERN DIVISION**

| | |
|---|---|
| KENNETH RICHARD BARBER, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA MARIA POLICE DEPARTMENT,<br>et al.,<br><br>    Defendants. | Case No. CV 08-06273-DDP (MLG)<br><br>ORDER ACCEPTING AND ADOPTING<br>FINDINGS AND RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the complaint, the motion to dismiss, and all of the records and files herein and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and ORDERS that:

    1. Plaintiff's Fourteenth Amendment claims against Defendants Macagni and Lavagnino for failure to adequately respond to Plaintiff's citizen complaint are **DISMISSED WITH PREJUDICE.**

    2. Defendants' motion to dismiss Plaintiff's Fourth Amendment claim against Defendant Macagni for failure to train and/or supervise is **DENIED.**

3. Defendants' motion to dismiss Plaintiff's Fourth and Fourteenth Amendment claims against Defendants Lopez and an Unknown Santa Maria Police Officer related to the investigatory stop is **DENIED**.

4. Defendants' motion to dismiss Plaintiff's Fourth and Fourteenth Amendment claims against Defendant Lopez for the vehicular stop on June 25, 2007 is **DENIED**.

5. Plaintiff's Fourth and Fourteenth Amendment claims against Defendant Lopez related to Plaintiff's arrest on June 25, 2007 are **DISMISSED WITH PREJUDICE**.

6. Plaintiff's Eighth Amendment claim against Defendants Lopez, Duarte, Barroca and Masters are **DISMISSED WITH PREJUDICE**.

7. Plaintiff's Fourth and Fourteenth Amendment claims against Defendant Masters are **DISMISSED WITH PREJUDICE**.

8. Plaintiff's Fifth and Sixth Amendment claims against Defendant Lopez regarding the coerced confession and denial of right to counsel are **DISMISSED WITH PREJUDICE**.

9. Defendants' motion to dismiss the Fourth Amendment claims against Defendants Lopez, Duarte and Barroca for use of excessive force is **DENIED**.

Dated: August 17, 2009

_____
Dean D. Pregerson
United States District Judge