JS - 6/ENTER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

KENNETH RICHARD BARBER,

    Plaintiff,

v.

SANTA MARIA POLICE DEP'T., et al.,

    Defendants.

Case No. CV 08-6273-DMG (MLG)

JUDGMENT

It is hereby ordered and adjudged that Plaintiff be awarded $25.00 in nominal damages against Defendants Joe Lopez and Ricardo Arias, jointly and severally.

Dated: June 17, 2011

DOLLY M. GEE
United States District Judge

