UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 08-6273-DMG (MLGx) | Date | June 24, 2022 |
| Title | *Kenneth Richard Barber v. Santa Maria Police Dept., et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS—ORDER RE PENDING APPLICATION FOR BILL OF COSTS [178]**

It has recently come to the Court's attention that, due to an administrative oversight, Plaintiff's application for bill of costs filed on July 7, 2011 [Doc. # 178], has not been addressed by the Clerk's Office.

Given the significant span of time between the filing of the application for bill of costs and today, the Court hereby orders Plaintiff to file a response in writing by no later than **July 15, 2022** indicating whether he intends to pursue the application for bill of costs or withdraw it.

Upon the timely filing of the response, the Court will direct the Clerk's Office to take appropriate action. If no timely response is filed, the Court will deem the pending application withdrawn.

**IT IS SO ORDERED**.